**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DWAYNE SMITH,<br><br>Petitioner,<br><br>v.<br><br>NIEL MCDOWELL, Warden,<br><br>Respondent. | Case No. CV 16-2849 CJC (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 18, 2016

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE